UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – ARRAIGNMENT AND PLEA

Lexington Case No.  19-205-KKC-MAS-2     At  Lexington     Date  January 2, 2020

USA vs Carlos Rogers     _x_ present  ___ custody  ___ bond  _x_ OR  Age ___

DOCKET ENTRY: The Court conducted Defendant's initial appearance, arraigned him and advised him of his constitutional rights, the pending charges, and the possible penalties. The *ex parte* proceedings held at the bench shall remain under seal should a transcript be made. Mr. Lyons shall report to the Court on the matters discussed at the bench on or before January 10, 2020.

PRESENT:  HON. MATTHEW A. STINNETT, UNITED STATES MAGISTRATE JUDGE

| Susan Conner | Audio File | None | Andrew Smith, Alex Kramer, John Scanlon |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant     Thomas Lyons     _x_ present     ___ retained     _x_ appointed

I, Susan Conner, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file
KYED-LEX__5-19-cr-205-KKC-MAS-1,2_20200102_131625.

PROCEEDINGS:  **INITIAL APPEARANCE AND ARRAIGNMENT**

| | |
|---|---|
| x | Copy of Indictment given to the defendant. |
| x | Defendant states true name is as stated on the indictment. |
|   | Defendant advised the Court that he/she will retain counsel. |
| x | Defendant request that the Court appoint counsel. |
| x | Financial Affidavit executed & filed. |
| x | Court FINDS defendant qualifies for Court Appointed Counsel under provision of CJA. |
| x | Ordered Thomas Lyons appointed Attorney under the CJA for this proceeding only at this time. |
| x | Defendant advised of Constitutional Rights. |
| x | Defendant advised of the nature of charges and possible penalties. |
| x | Defendant waives formal arraignment. |
| x | Defendant waives reading of Indictment - Information.   ___ Indictment - Information read. |
| x | Defendant pleads ___ Guilty to Counts _____  _x_ Not guilty to Counts ALL |
|   | Assigned for **Detention Hearing** on _____. |
| x | PRETRIAL MOTIONS are to be filed pursuant to the Court's pretrial order to be entered. |
| x | Assigned for **JURY TRIAL** on March 9, 2020, at 9:00 a.m. before Judge Karen K. Caldwell; counsel to be present at 8:30 a.m. |
| x | Number of days expected for trial 4. |
| x | The Court covered standard collateral consequences and notification rights tied to non-citizen status. |
| x | The United States advised it is fulfilling victim notification duties, as necessary. |
| x | Defendant to remain on bond, conditions of release. |
|   | Defendant remanded to custody of the USM. |
|   | USPO to circulate Pretrial Services Report (PSR) to counsel. Counsel may retain PSR while detention issues pend but may not copy of disseminate the report to any person (except defense counsel can share content with Defendant). |

Signed By:
Matthew A. Stinnett  *MAS*
United States Magistrate Judge

Copies:  COR, USP, USM, D, JC     Initials of Deputy Clerk: stc     TIC: /11