

UpshawHRA_00109840



UpshawHRA_00109841



UpshawHRA_00109842



UpshawHRA_00109843



UpshawHRA_00109844