\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

Case: 5:19-cr-00205-KKC-MAS   Doc #: 83-2   Filed: 04/15/21   Page: 1 of 4 - Page ID#: 316

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| March 28, 2018 11:30:05 AM EDT | | 107 | 4 | Received |



## Cigna — Gene Upshaw NFL Player Health Reimbursement Account Plan

### Reimbursement Request Form

Follow these steps to request payment. Incomplete or unsigned forms will be sent back to you; payment cannot be made.

1. Read the simple instructions on the back of this form.
2. Provide all required information below. An * indicates required information.
3. Do not write "See attached" or "N/A" in any space.
4. Sign in Box 19.
5. Fax the completed and signed form, along with receipts to: 1.877.823.8953 (toll-free) or
   Mail to: Cigna, P.O. Box 182223, Chattanooga, TN 37422-7223
6. If you have any questions, please call 1-800-501-7633

FOR INTERNAL USE ONLY:
CORR TYPE - RD

### PARTICIPANT INFORMATION

| *1. CIGNA ID NUMBER | *2. LAST NAME | *3. FIRST NAME | 4. M.I. | *4a. DATE OF BIRTH |
|---|---|---|---|---|
| [REDACTED]0801 | Montgomery | Anthony | | [REDACTED] |

| *5. MAILING ADDRESS | *6. CITY | *7. STATE | *8. ZIP CODE |
|---|---|---|---|
| [REDACTED] | Cleveland | OH | 44128 |

| 9. DAYTIME TELEPHONE NUMBER | 10. PLAN NAME | *11. ACCOUNT NUMBER(S) |
|---|---|---|
| [REDACTED]8812 | GENE UPSHAW NFL PLAYER HEALTH REIMBURSEMENT ACCOUNT PLAN | [REDACTED]926 |

### PATIENT INFORMATION

| *12. PATIENT NAME | *13. PATIENT DATE OF BIRTH |
|---|---|
| Anthony Montgomery | [REDACTED] |

### ITEMIZED EXPENSES

| *14. DATE OF SERVICE OR PURCHASE (MM/DD/YY) (Only use one date per line) | *15. AMOUNT REQUESTED FOR REIMBURSEMENT | *16. TYPE OF SERVICE OR PURCHASE (1=Medical, 35=Dental, 88=Pharmacy, 58=Over-the-Counter Items, AL=Vision, 81=Routine Care/Physicals, A4=Mental Health/Substance Abuse, 30=Insurance Premiums, 9=Other) | *17. DESCRIPTION OF SERVICE OR PURCHASE AND/OR PROCEDURE CODE | *18. HEALTH CARE PROFESSIONAL, FACILITY OR STORE NAME |
|---|---|---|---|---|
| 3-1-18 | $46,821.00 | Medical | Cryotherapy Impact Pro series "50" | Impact Cryotherapy |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |

TOTAL: $ 46,821.00

### CERTIFICATION AND SIGNATURE

I certify that all expenses for which reimbursement is requested from the Gene Upshaw NFL Player Health Reimbursement Account Plan, have been incurred and have not been reimbursed and are not reimbursable under any other health plan. I understand that I am required to submit, in addition to this claim form, an itemized receipt from a merchant or health care professional, or an explanation of benefits from an insurance company. I represent that any individual (other than the Participant or Participant's spouse) for whom a claim is filed hereunder, qualifies as a dependent of the Participant for federal income tax purposes. I further declare that I have not and will not deduct these expenses from my federal, state or local income tax returns.

| *19. PARTICIPANT SIGNATURE (Required - unsigned Reimbursement Request Forms will not be processed and will be returned to you) | DATE |
|---|---|
| Anthony Montgomery | 3-28-18 |

FOR MORE INFORMATION, SEE PAGE 2 OF THIS FORM.

18087700202672



Bill To: Anthony Montgomery

Cleveland, OH 44128

Ship To: Anthony Montgomery
Shipping Address:

Cleveland, OH 44128

| Date | Bill To# | Order# | Sales Rep. | Type | Ship Via | Site Number | Customer Reference |
|---|---|---|---|---|---|---|---|
| 03/01/2018 | CRYGEN | wo10112 | E. Hugall | Series "50" | Delivery | 003158 | Anthony Montgomery LLC |

| Quantity | Item | Units | Description | Discount% | Taxable | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| 1 | | | IMPACT SERIES 50" | 0.00 | | 42,000.00 | 42,000.00 |
| | | | Installation/ Training | 0.10 | | 2,750.00 | 2,475.00 |
| | | | Shipping | 0.10 | | 1,850.00 | 1,665.00 |
| | | | | | | Subtotal | 46,140.00 |
| | | | | | | Tax | 681.00 |
| | | | | | | Shipping | 1,665.00 |
| | | | | | | Miscellaneous | |
| | | | | | | Balance Due | 46,821.00 |

Our Terms are 90 days from Invoice date.
Please process your payment promptly to avoid service charges.
Service charges are (24% per annum) on overdue invoice.
Authorized returns only.
Restocking charges will apply.
Receiver responsible for filing damages claims agent carrier.

**PAID**

Atlanta GA 30346

18087700202672

March 1, 2018

To Whom It May Concern:

Anthony Montgomery DOB: ▮▮▮▮ has been diagnosed with Osteoporosis (733.0). Patient continues to have joint pain/knee swelling. Mr. Montgomery began cryotherapy treatment one week after my first evaluation. Patient has since shown rapid improvement of range of motion and a decrease of joint pain/knee swelling (307.11). I am recommending that patient continues cryotherapy treatment to treat his condition and be allowed access to obtain his own cryotherapy treatment machine.

Sincerely,

American Board of Orthopedic Surgery
American Academy of Orthopedic Surgeons, Fellow



Austell, GA 30106

