**New iMessage**

To: B-P███, MC

> M███ any update on the medical deal?

*Apr 22, 2018, 2:01 PM*

> Appreciate the update MC. Yeah I got my check in the mail within 7 days of sending my info in.

MC

> Good deal. What's the next step I should take to get the ball rolling?

> All you have to do is give him some basic info. I'll get with Los tomorrow and let him know if y'all are ready to move.

MC

UpshawHRA_00064475

‎Verizon LTE    2:02 PM    70% 

**New iMessage**                    Cancel

To: B-P▇, MC

MC
> Okay bet. I'm ready to roll.

*Apr 23, 2018, 7:16 PM*

MC
> Did he give the green light? I'm about to 10x it.

>> He did MC

> Naw he only going 46 cause 56 been taking too long to repay. It's been backed up. But he said he will do another 10k, 2/3 weeks after they get there check.

> Doing*

> So it's still gonna be the same. They just will get the 10k, 2/3 week later. The last few 56 he been doing was taking 3 weeks to repay so he just stopping that large amount for a min and just breaking it down.

  iMessage 

      

just breaking it down.

> Ok that's a bet. I'll pass this along and see what they want to do

Aight. Mother's Day cmn up so if they wait till then it's gonna

**MC**

Okay bet so the first payment is around 46k and then he'll go back for the rest?

> That's what I'm assuming. I'm gonna give him a shout in the morning to get B-P██ rolling. Once we get it ironed out I'll hit you to give you details.

**MC**

Okay perfect! Have a good evening bro

UpshawHRA_00064477



**Los**

> Naw he only going 46 cause 56 been taking too long to repay. It's been backed up. But he said he will do another 10k, 2/3 weeks after they get there check.

> Doing*

> So it's still gonna be the same. They just will get the 10k, 2/3 week later. The last few 56 he been doing was taking 3 weeks to repay so he just stopping that large amount for a min and just breaking it down.

>> Ok that's a bet. I'll pass this along and see what they want to do

> Aight. Mother's Day cmn up so if they wait till then it's gonna

UpshawHRA_00124624










UpshawHRA_00064482