

## Gene Upshaw NFL Player Health Reimbursement Account Plan
### Reimbursement Request Form

Follow these steps to request payment. Incomplete or unsigned forms will be sent back to you; payment cannot be made.
1. Read the simple instructions on the back of this form.
2. Provide all required information below. An * indicates required information.
3. Do not write "See attached" or "N/A" in any space.
4. Sign in Box 19.
5. **Fax the completed and signed form, along with receipts to: 1.877.823.8953 (toll-free) or**
   **Mail to:** Cigna, P.O. Box 182223, Chattanooga, TN 37422-7223
6. If you have any questions, please call 1-800-501-7633

FOR INTERNAL USE ONLY:
CORR TYPE - RD

### PARTICIPANT INFORMATION

| *1. CIGNA ID NUMBER | *2. LAST NAME | *3. FIRST NAME | 4. M.I. | *4a. DATE OF BIRTH |
|---|---|---|---|---|
| 2871 | [redacted] | B | D | [redacted] |

| *5. MAILING ADDRESS | *6. CITY | *7. STATE | *8. ZIP CODE |
|---|---|---|---|
| [redacted] | Missouri City | TX | 77459 |

| 9. DAYTIME TELEPHONE NUMBER | 10. PLAN NAME | *11. ACCOUNT NUMBER(S) |
|---|---|---|
| 5489 | GENE UPSHAW NFL PLAYER HEALTH REIMBURSEMENT ACCOUNT PLAN | 1926 |

### PATIENT INFORMATION

| *12. PATIENT NAME | *13. PATIENT DATE OF BIRTH |
|---|---|
| B [redacted] | [redacted] |

### ITEMIZED EXPENSES

| *14. DATE OF SERVICE OR PURCHASE (MM/DD/YY) (Only use one date per line) | *15. AMOUNT REQUESTED FOR REIMBURSEMENT | *16. TYPE OF SERVICE OR PURCHASE  1 = Medical  35 = Dental  88 = Pharmacy  89 = Over-the-Counter Items  AL = Vision  81 = Routine Care/Physicals  A4 = Mental Health/Substance Abuse  30 = Insurance Premiums  9 = Other | *17. DESCRIPTION OF SERVICE OR PURCHASE AND/OR PROCEDURE CODE | *18. HEALTH CARE PROFESSIONAL, FACILITY OR STORE NAME |
|---|---|---|---|---|
| 4-1-18 | $46,821.00 | Medical | Cryotherapy Impact Pro Series 50 | Impact Cryotherapy |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |

**TOTAL:** $ 46,821.00

### CERTIFICATION AND SIGNATURE

I certify that all expenses for which reimbursement is requested from the Gene Upshaw NFL Player Health Reimbursement Account Plan, have been incurred and have not been reimbursed and are not reimbursable under any other health plan. I understand that I am required to submit, in addition to this claim form, an itemized receipt from a merchant or health care professional, or an explanation of benefits from an insurance company. I represent that any individual (other than the Participant or Participant's spouse) for whom a claim is filed hereunder, qualifies as a dependent of the Participant for federal income tax purposes. I further declare that I have not and will not deduct these expenses from my federal, state or local income tax returns.

*19. PARTICIPANT SIGNATURE (Required - unsigned Reimbursement Request Forms will not be processed and will be returned to you)  
DATE: 4-26-18

FOR MORE INFORMATION, SEE PAGE 2 OF THIS FORM.

*** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY ***
Date Received: 5/1/2018 1:06:21 PM  Fax Line: 8594102445
TIME RECEIVED: May 1, 2018 1:06:20 PM EDT   REMOTE CSID   DURATION   PAGES   STATUS
                                                            99        4      Received
May 1, 2018 12:01PM   No. 5171   P. 1

18121700276512

UpshawHRA_00001961



Bill To: B█████P█
Missouri City, TX 77459

Ship To: B█████P█
Shipping Address:
Missouri City, TX 77459

| Date | Bill To# | Order# | Sales Rep. | Type | Ship Via | Site Number | Customer Reference |
|---|---|---|---|---|---|---|---|
| 04/01/2018 | CRYGEN | wo10125 | ███ | Series "50" | Delivery | 003158 | B█ P█ |

| Quantity | Item | Units | Description | Discount% | Taxable | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| 1 | | | IMPACT SERIES 50" | 0.00 | | 42,000.00 | 42,000.00 |
| | | | Installation/ Training | 0.10 | | 2,750.00 | 2,475.00 |
| | | | Shipping | 0.10 | | 1,850.00 | 1,665.00 |
| | | | | | | Subtotal | 46,140.00 |
| | | | | | | Tax | 681.00 |
| | | | | | | Shipping | 1,665.00 |
| | | | | | | Miscellaneous | |
| | | | | | | Balance Due | 46,821.00 |

Our Terms are 90 days from Invoice date.
Please process your payment promptly to avoid service charges.
Service charges are (24% per annum) on overdue Invoice.
Authorized returns only.
Restocking charges will apply.
Receiver responsible for filing damages claims agent carrier.



Atlanta GA 30346

PAID

May. 1. 2018 12:02PM   Date Received: 5/1/2018 1:08:21 PM   Fax Line: 8594102445   No. 5171   P. 2
18121700276512

UpshawHRA_00001962



April 1, 2018

To Whom It May Concern:

B▆▆▆▆ P▆ DOB ▆▆▆▆ has been diagnosed with Osteoporosis (733.0). Patient continues to have joint pain/knee swelling. Mr. ▆ began cryotherapy treatment one week after my first evaluation. Patient has since shown rapid improvement of range of motion and a decrease of joint pain/knee swelling (307.11). I am recommending that patient continues cryotherapy treatment to treat his condition and be allowed access to obtain his own cryotherapy treatment machine.

Sincerely,



American Board of Orthopedic Surgery
American Academy of Orthopedic Surgeons, Fellow





18121700276512

UpshawHRA_00001964