25-Feb-19

22Feb19-1811

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G22Feb19-1811
Sequence number   Posting date   Amount

**CHASE** 
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

March 14, 2018 through April 12, 2018
Account Number:                      0620

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00019098 DRE 501 211 10318 NNNNNNNNNNN 1 000000000 09 0000
CORRELL BUCKHALTER
OR
COLLEYVILLE TX 76034-7735

## We updated our Deposit Account Agreement

The following changes were made March 11, 2018:

We published an updated version of our Deposit Account Agreement. You can get the latest agreement at chase.com/disclosures, at a branch or by request when you call us. Here's what you should know:

- You can now request a stop payment on a check through the Chase Mobile® app. You can also still do this on chase.com, over the phone or in a branch. (General Account Terms, Section B, Stop payments)

- We're starting to use a new payment network that allows businesses to send you real-time payments when you provide your account and routing numbers. When you accept a real-time payment, you confirm that you're not acting on the behalf of someone who is not a U.S. citizen or resident. (General Account Terms, Section I, Rules governing your account)

- We updated the language to clarify how to place a stop payment for electronic funds transfers. (Electronic Funds Transfer Service Terms, Section G, Preauthorized (recurring) transfers and stop payments)

Please call us at the number on this statement if you have any questions.

### CHECKING SUMMARY    Chase Premier Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | |
| Deposits and Additions | |
| Checks Paid | |
| ATM & Debit Card Withdrawals | |
| Electronic Withdrawals | |
| Other Withdrawals | |
| Fees | |
| **Ending Balance** | |
| Annual Percentage Yield Earned This Period | |
| Interest Paid This Period | |
| Interest Paid Year-to-Date | |

UpshawHRA_00005840

25-Feb-19

22Feb19-1811

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G22Feb19-1811
Sequence number  Posting date  Amount

# CHASE 🟦

March 14, 2018 through April 12, 2018
Account Number: ▇▇▇▇▇▇ 0620

**ATM & DEBIT CARD WITHDRAWALS** (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/29 | Card Purchase  03/28 Sqc*S ▇▇▇  Roger . / CA Card 3182 | 1,000.00 |

Page 5 of 10

UpshawHRA_00005844

25-Feb-19

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G22Feb19-1811
Sequence number  Posting date  Amount

22Feb19-1811

**CHASE**

April 13, 2018 through May 11, 2018
Account Number: ▮▮▮▮0620

**ATM & DEBIT CARD WITHDRAWALS** (continued)

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 04/26 | Card Purchase | 04/25 Sqc*S▮▮▮ Roger 8774174551 CA Card 3182 | | 500.00 |

Page 4 of 8

25-Feb-19

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G22Feb19-1811
Sequence number   Posting date   Amount

22Feb19-1811



**CHASE** 

April 13, 2018 through May 11, 2018
Account Number: 0620

**ATM & DEBIT CARD WITHDRAWALS** (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/04 | Card Purchase   05/03 Sqc*S | Roger 8774174551 CA Card 6099 | 1,500.00 |

Page 5 of 8

25-Feb-19

22Feb19-1811

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G22Feb19-1811
Sequence number   Posting date   Amount

**CHASE**

May 12, 2018 through June 13, 2018
Account Number: ▮▮▮▮▮0620

**ATM & DEBIT CARD WITHDRAWALS** (continued)

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 06/01 | Payment Sent | 05/31 Sqc*S▮▮▮ | Roger 8774174551 CA Card 6099 | 2,000.00 |

Page 5 of 10

UpshawHRA_00005901

25-Feb-19

22Feb19-1811

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G22Feb19-1811
Sequence number   Posting date   Amount

**CHASE**

June 14, 2018 through July 13, 2018
Account Number: ▮▮▮▮0620

### ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 06/21 | Payment Sent | 06/20 Sqc*S▮ | Roger 8774174551 CA Card 6099 | 1,500.00 |

Page 4 of 10

UpshawHRA_00005918